IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JORGE MEDEROS-MORALES,

        Appellant,

v.                                                                  Case No.  5D17-466

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed July 21, 2017

3.850 Appeal from the Circuit
Court for Putnam County,
Scott C. Dupont, Judge.

Jorge Mederos-Morales,
DeFuniak Springs, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      Appellant, Jorge Mederos-Morales, seeks review of a summary denial of his rule

3.850 motion, alleging ineffective assistance of counsel after he entered an open plea to

the offense of failure to register as a career offender. *See* Fla. R. Crim. P. 3.850. In his

motion, Appellant alleges that counsel was ineffective for allowing him to plead to the

offense because he does not meet some of the criteria of a "career offender" as set forth

in section 775.261(2)(a), Florida Statutes (2014).  Appellant, however, failed to allege that he did not meet the final criterion, designation as a prison releasee reoffender, which would also make him a "career offender."  As such, his motion is insufficient on its face. We reverse and remand with instructions to strike Appellant's motion with leave to amend. *See* Fla. R. Crim. P. 3.850(f)(2); *see also Bhoj v. State*, 172 So. 3d 564, 565 (Fla. 5th DCA 2015).

REVERSED and REMANDED.

COHEN, C.J., EVANDER and EISNAUGLE, JJ., concur.